PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Terry Collier              Cr.: 12-Cr-00326 (Transfer of Jurisdiction -D/NJ)
                                                            PACTS Number: 56911

Name of Sentencing Judicial Officer: The Honorable Robert N. Chatigny (D/CT)
                                     The Honorable Susan D. Wigenton (D/NJ - Transfer of Jurisdiction)

Date of Original Sentence: 01/29/07

Original Offense: Possession With Intent to Distribute Cocaine Base

Original Sentence: 84 Months Imprisonment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 02/18/11

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

OTHER CONDITIONS

You are to participate in the random urine testing program, Code-A-Phone, for a period of one year.

You are to submit to a search of person, property, residence, and/or vehicle, at a reasonable time, and in a reasonable manner, by the U.S. Probation Office.

## CAUSE

Supervision of the offender's case is being transferred to the Northern District of Georgia (ND/GA) due to the offender's request to relocate there. The ND/GA has requested the offender's supervision conditions be modified to include random drug testing due to the offender's recent positive urine specimen for marijuana; and a search condition due to the offender's extensive history of drug distribution.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 06/19/12

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

June 25, 2012
Date