PROB 12A
(7/93)

United States District Court
for
District of New Jersey
Report on Offender Under Supervision

Name of Offender: Terry Collier                                                                                    Cr.: 12-CR-326-001
                                                                                                                                          PACTS #: 56911

Name of Sentencing Judicial Officer: Honorable Peter C. Dorsey, Senior United States District Judge
Name of Assigned Judicial Officer: Susan D. Wigenton, United States District Judge

Date of Original Sentence: 01/24/2007

Original Offense: Possession with intent to Distribute and Distribution of Five Grams or More of Cocaine Base

Original Sentence: 84 months imprisonment; 5 years supervised release; $100 special assessment. Special conditions: 1) mental health treatment; 2) educational/vocational training; 3) child support enforcement; 4) employment restrictions; 5) association restrictions; 6) drug testing/treatment; 7) search/seizure; and 8) DNA collection

**Type of Supervision: Supervised Release**                                         **Date Supervision Commenced: 02/18/2011**

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On October 29, 2014, the offender failed to report to the office as instructed via mail correspondence. |
| 2 | On October 31, 2014, the offender submitted a urine sample which proved positive for marijuana. |

U.S. Probation Officer Action:

While the probation office is discouraged by Collier's actions, we are requesting an opportunity to address his noncompliance internally. He will be enrolled in Moral Reconation Therapy (a cognitive/behavioral enrichment program) and given a life skills home study workbook designed to teach cognitive skills to become chemically free. The previously granted early termination of supervised release is vacated and the originally scheduled expiration of supervision is re-instated (February 17, 2016). If Your Honor agrees with our plan, the probation office will also present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional instances of noncompliance.

Respectfully submitted,
By: Jamel H. Dorsey
U.S. Probation Officer
Date: 11/12/14

The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that alternative action be taken as follows:

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other - The originally scheduled expiration of supervised released is re-imposed (February 17, 2016)

Signature of Judicial Officer                                                             Date
                                                                                                                11/13/14